In the Matter of the Claim of JOSEPH GOLOWSKI, Respondent, against JOHN A. CARPENTER and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Motion to dismiss appeal denied.

In the Matter of the Claim of ANNA DAVIS, Respondent, against HENRY R. RUST and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Motion for leave to appeal to the Court of Appeals denied.

In the Matter of the Claim of CHARLES BERWANGER, Respondent, against THE VAN IDERSTINE COMPANY and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Motion for leave to appeal to the Court of Appeals denied.

In the Matter of the Claim of HENRY SCHUBERT, Respondent, against ABRAHAM HELLER, Respondent. ROYAL INDEMNITY COMPANY, Insurance Carrier, Appellant. STATE INDUSTRIAL BOARD, Respondent.— Motion to enlarge and extend time of appellant to serve and file proposed case on appeal denied, without prejudice in case motion to dismiss appeal is made.

In the Matter of the Claim of Mrs. JOHN T. FISH, Respondent, against WICKWIRE SPENCER STEEL COMPANY and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Motion for reargument denied, with ten dollars costs to the claimant against the employer and the insurance carrier. Motion for leave to appeal to the Court of Appeals denied.

In the Matter of the Claim of DORA BURAK, on Account of the Death of WILLIAM BURAK, Appellant, against STATE INSURANCE FUND, Insurance Carrier; CITY HALL GARAGE, Respondent. STATE INDUSTRIAL BOARD, Respondent.— Motion for reargument denied. Motion for leave to appeal to the Court of Appeals denied.

In the Matter of the Claim of MILDRED LIGOURI, Respondent, against PERSCHE & BERGER and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Motion for reargument denied. Motion for leave to appeal to the Court of Appeals denied.

In the Matter of the Claim of COMMISSIONER OF TAXATION AND FINANCE, on Account of the Death of JOHN PARADISO, Respondent, against HOWARD R. COX and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Motion for leave to appeal to the Court of Appeals denied.

In the Matter of the Claim of KATHRYN B. MCNAMARA, Respondent, against LOURDES HOSPITAL and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Motion for leave to appeal to the Court of Appeals denied.

LONDON GUARANTEE AND ACCIDENT CO., LTD., Appellant, v. SAMUEL COHN, Doing Business as the MONTICELLO STEAM LAUNDRY AND DRY CLEANERS, Respondent.— Motion to dismiss appeal granted, with ten dollars costs, unless the appellant, within twenty-five days, perfects its appeal, files and serves printed record on appeal, and is ready to argue case at the next term, and pays said costs, in which event the motion is denied.

In the Matter of the Petition of LYMAN H. BEVANS for the Appointment of a Referee and Counsel, under Section 132 of the Code of Criminal Procedure,* to Investigate the Inferior Courts of the City of Albany.— Application denied.